IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT PAUL FUREY,<br><br>Defendant. | CR 17–07–BU–DLC<br><br><br><br>ORDER |

On July 18, 2017, the Court received a letter from the SeaTac Federal Detention Center requesting a 15-day extension to complete the study period to determine Defendant Vincent Paul Furey's mental competency pursuant to 18 U.S.C. §§ 4241(b), 4247(b)–(c). SeaTac requests an extension until July 24, 2017, to complete the study period, and a deadline of no later than August 8, 2017, to submit the final report. The Court finds the request to be reasonable and will grant it for good cause. *See* 18 U.S.C. § 4247(b).

Accordingly, IT IS ORDERED:

1. Mr. Furey's evaluation in accordance with 18 U.S.C. § 4241(b) shall be completed by **July 24, 2017**.

2. The final report shall be filed with the Court on or before **August 8, 2017**,

with copies to counsel for the Defendant and the Government.

4. All time from the date of this Order until the date of the Court's determination as to Mr. Furey's competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

5. The government is limited from using any statements that Mr. Furey may make in his competency examination as explained in *United States v. Nguyen*, 962 F.Supp. 1221 (N.D. Cal. 1997).

6. Upon receipt of said report and the return of Mr. Furey to this district, the Court shall hold a hearing pursuant to 18 U.S.C. § 4241(c).

7. The United States Marshals Service shall take no more than ten (10) days to return Mr. Furey from the designated federal facility back to the District of Montana. *See* 18 U.S.C. § 3161(h)(1)(F).

8. The Clerk of Court is directed to immediately notify the parties, the United States Marshals Service, and Federal Detention Center SeaTac of the entry of this order.

DATED this 21st day of July, 2017.

Dana L. Christensen, Chief District Judge
United States District Court