IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT PAUL FUREY,<br><br>Defendant. | CR 17-07-BU-DLC<br><br><br><br>ORDER |

Upon motion by the United States of America, and good cause appearing;

IT IS ORDERED that Plaintiff's Unopposed Motion To Permit Video Testimony (Doc. 22) is GRANTED.

IT IS FURTHER ORDERED that Dr. Ryan Nybo, Psy.D, Forensic Unit Psychologist, shall appear via video from the Federal Detention Center, SeaTac, Washington (FDC SeaTac) at the competency hearing scheduled for Thursday, August 24, 2017 at 1:30 pm (MST).

DATED this 17th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court

1