IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT PAUL FUREY,<br><br>Defendant. | CR 17–7–BU–DLC<br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss with Prejudice (Doc. 40). The Motion being made on the grounds that the Defendant, Vincent Paul Furey, is now deceased. Accordingly,

IT IS ORDERED that the United States' Motion (Doc. 40) is GRANTED and, pursuant to Federal Rule of Criminal Procedure 48(a), the Indictment (Doc. 1) is DISMISSED WITH PREJUDICE.

DATED this 10th day of July, 2018.

Dana L. Christensen, Chief District Judge
United States District Court

-1-